#104 #128940

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 OCT -5 AM 9: 24
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: ) Case Number: 10-30315

Matthew L. and Heather L. McLane, ) Chapter 7

    Debtors. ) JUDGE MARY ANN WHIPPLE

### REPORT OF DIVIDENDS OF LESS
### THAN FIVE DOLLARS BY TRUSTEE

    I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
| --- | --- | --- |
| Promedica Physician Group | P.O. Box 2804<br>Toledo, OH 43606 | $4.87 |

    Check number 104 in the amount of $4.87 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

    Respectfully submitted,

October 5, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129